**NOT FOR PUBLICATION**

JUL 24 2012

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELVIA ALVAREZ, | No. 09-71242 |
| Petitioner, | Agency No. A070-635-364 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Elvia Alvarez, a native and citizen of Guatemala, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decisions denying her motions to reopen and to reconsider.

We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In her opening brief, Alvarez fails to address, and therefore has waived, any challenge to the BIA's dispositive determination that she failed to demonstrate due diligence warranting equitable tolling of the time and numerical limitations for motions. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (a petitioner waives an issue by failing to raise it in the opening brief).

In light of our disposition, we need not reach Alvarez's remaining contentions.

**PETITION FOR REVIEW DENIED.**